IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

1. JANNIE P. LIGONS, on behalf of herself )
   and a class of other similarly situated )
   victims believed to include T.M., T.B., )
   C.R., F.M., R.G., C.J. and other African- )
   American females, )
   )
   Plaintiff, )
   )
v. )   Case No. CJ-2015- 3365
   )
1. DANIEL HOLTZCLAW, individually, )
   )
2. THE CITY OF OKLAHOMA CITY, )
   OKLAHOMA, a municipal corporation, )
   )
   Defendants. )

FILED 2015 SEP 17 PM 3 11
CITY OF OKLAHOMA CITY, OKLA
OFFICE OF CITY CLERK

## SUMMONS

**To the above named Defendant:** Frances Kersey, City Clerk
Oklahoma City Clerk's Office
200 North Walker, 2nd Floor
Oklahoma City, OK 73102

You have been sued by the above-named Plaintiff, and you are directed to file a written answer to the attached petition in the court at the above address within **twenty (20) days** after service of this summons upon you, exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the Plaintiff.

Unless you answer the petition within the time started, judgment will be rendered against you with costs of the action.

ISSUED THIS 16th DAY OF SEPTEMBER, 2015.

TIM RHODES, COURT CLERK

(Seal)

By _____

**Deputy Court Clerk**

Attorney for Plaintiff:

Mark Hammons, OBA No. 3784
Leah M. Roper, OBA No. 32107
Hammons, Gowens, Hurst & Associates
325 Dean A. McGee Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111

**EXHIBIT 2**

This summons was served on _____.

_____
Signature of person serving summons

YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.