IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

1. JANNIE P. LIGONS, on behalf of herself )
   and a class of other similarly situated )
   victims believed to include T.M., T.B., )
   C.R., F.M., R.G., C.J. and other African- )
   American females, )
   )
   Plaintiff, )
   )
v. ) Case No. CJ-2015-
   )
1. DANIEL HOLTZCLAW, )
   )
   Defendant. )

**CJ-2015-3365**

PAID

FILED IN DISTRICT COURT
OKLAHOMA COUNTY
AUG 7 2015
TIM RHODES
COUNTY CLERK

## SUMMONS

**To the above named Defendant:**   Daniel Ken Holtzclaw
1101 Creekdale, Apt. 2
Enid, Oklahoma 73703

You have been sued by the above-named Plaintiff, and you are directed to file a written answer to the attached petition in the court at the above address within twenty (20) days after service of this summons upon you, exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the Plaintiff.

Unless you answer the petition within the time started, judgment will be rendered against you with costs of the action.

ISSUED THIS 17th DAY OF JUNE, 2015.

TIM RHODES, COURT CLERK

(Seal)

By _____
Deputy Court Clerk

Attorney for Plaintiff:

Mark Hammons, OBA No. 3784
Hammons, Gowens, Hurst & Associates
325 Dean A. McGee Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111

**This summons was served on** _____.

_____
Signature of person serving summons

**YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.**

EXHIBIT
3

△'s Answer due
DOCKETED 8-20-15





Sheriff John Whetsel

201 N. SHARTEL
OKLAHOMA CITY, OK 73102
405.713.1000 • 405.713.1908 FAX
WWW.OKLAHOMACOUNTY.ORG/SHERIFF

# SHERIFF'S RETURN

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

AUG - 7 2015

TIM RHODES
COURT CLERK

**STATE OF OKLAHOMA**

**OKLAHOMA COUNTY**

CIVIL CASE NUMBER: CJ-15-3745

**Received:**

Affidavit ___ Answer ___ Citation ___ Complaint ___ Executions X ___ Motions ___

Notice ___ Order ___ Petition X Subpoena ___ Summons ✓ Waiver ___

Other ___

**Types of Service:**

Personal Service: ✓   Residential: ___   Corp Service: ___   No Service: ___

Seized Property: ___  Detained Person: ___  Posted: ___  Executed ___

I received this Writ this 30 day of July 2015 this time 4:27 PM and executed the same

On the 31 day of July 2015 this time 2:00 PM by Serving To:

"Daniel Holtzclaw"

Address: 201 N. Shartel #1302 - Okla CO. Jail

JOHN WHETSEL, SHERIFF
Sheriff Fee's $50.00

By: _____
Deputy Foy

Subscribed and sworn to, before me this
31 Day of July 2015
My commission expires: 4-8-17

La Fawnda K. Sharry
Notary Public, State of Oklahoma

(Notary Seal: LA FAWNDA K. SHARRY, IN AND FOR, #13003278, EXP. 04/08/17, STATE OF OKLAHOMA, NOTARY PUBLIC)

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

1. JANNIE P. LIGONS, on behalf of herself )
and a class of other similarly situated )
victims believed to include T.M., T.B., )
C.R., F.M., R.G., C.J. and other African- )
American females, )
)
Plaintiff, )
)
v. ) Case No. CJ-2015-
)
1. DANIEL HOLTZCLAW, )
) **CJ-2015-3365**
Defendant. )

## SUMMONS

**To the above named Defendant:**   **Daniel Ken Holtzclaw**
**1101 Creekdale, Apt. 2**
**Enid, Oklahoma 73703**

You have been sued by the above-named Plaintiff, and you are directed to file a written answer to the attached petition in the court at the above address within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the Plaintiff.

Unless you answer the petition within the time started, judgment will be rendered against you with costs of the action.

ISSUED THIS 17th DAY OF JUNE, 2015.

TIM RHODES, COURT CLERK

(Seal)

By _____
Deputy Court Clerk

Attorney for Plaintiff:

Mark Hammons, OBA No. 3784
Hammons, Gowens, Hurst & Associates
325 Dean A. McGee Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111

**This summons was served on** _____ .

_____
Signature of person serving summons

**YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.**

Okla. Accu Service w/15 p/up Badess 8-13-15

**SHERIFF'S RETURN**

*1030690731*

STATE OF OKLAHOMA  } CIVIL CASE NUMBER: CJ15-3365
OKLAHOMA COUNTY

FILED IN DISTRICT COURT
OKLAHOMA COUNTY
AUG 14 2015
TIM RHODES
COURT CLERK

Received:

Affidavit ___ Answer ___ Citation ___ Complaint ___ Executions ___ Motions ___
Notice ___ Order ___ Petition ✓ Subpoena ___ Summons ✓ Waiver ___
Other ___

**Types of Service:**

Personal Service: ✓  Residential: ___ Corp Service: ___ No Service: ___

Seized Property: ___ Detained Person: ___ Posted: ___

I received this Writ this 13 day of Aug 20 15, this time 8:47 PM and executed the same
on the 13 day of Aug 20 15, this time 9:15 PM by
Daniel Holtzclaw

Address: 201 N Shartel #13802

JOHN WHETSEL, SHERIFF
Sheriff Fee's $50.00

By: _____
Deputy Sheriff SMITH

Subscribed and sworn to, before me this
13 Day of Aug 2015
My commission expires: 4-8-17

La Fawnda K Sharry
Notary Public, State of Oklahoma

(Notary Seal: LA FAWNDA K. SHARRY, #13003278, EXP. 04/08/17, STATE OF OKLAHOMA, NOTARY PUBLIC)