## IN THE DISTRICT COURT IN AND FOR OKLAHOMA COUNTY, OKLAHOMA

| | |
|---|---|
| 1. JANNIE P LIGONS ON BEHALF OF HERSELF AND A CLASS OF OTHER SIMILARLY SITUATED VICTIMS BELIEVED TO INCLUDE TM TB CR FM RG CJ AND OTHER AFRICAN-AMERICAN FEMALES,<br>    Plaintiff,<br>v.<br>DANIEL HOLTZCLAW, individually,<br>THE CITY OF OKLAHOMA CITY, OKLAHOMA, a municipal corporation,<br>    Defendants. | No. CJ-2015-3365<br>(Civil relief more than $10,000: ASSAULT & BATTERY)<br><br>Filed: 06/17/2015<br><br>Judge: Dixon, Bryan C. |

## Parties

Tm , Plaintiff
Cj , Plaintiff
Cr , Plaintiff
Fm , Plaintiff
Holtzclaw, Daniel , Defendant
Ligons, Jannie P , Plaintiff
Rg , Plaintiff
Tb , Plaintiff
The City of Oklahoma City , Defendant

## Attorneys

| Attorney | Represented Parties |
|---|---|
| Adams, R Scott(Bar # 13003)<br>401 N. HUDSON AVE. SUITE 100<br>OKC, OK 73102 | Holtzclaw, Daniel |
| HAMMONS, MARK E(Bar # 3784)<br>HAMMONS, GOWENS,HURST & ASSOCIATES<br>325 DEAN A. MCGEE AVENUE<br>OKC, OK 73102 | Ligons, Jannie P |
| Knight, Susan(Bar # 14594)<br>Manchester & Knight<br>One Leadership Square, Ste. 800 N<br>211 N. Robinson<br>Okla. City, OK 73102 | Holtzclaw, Daniel |
| Knight, Susan(Bar # 14594)<br>Manchester & Knight<br>One Leadership Square, Ste. 800 N<br>211 N. Robinson<br>Okla. City, OK 73102 | |

## Events

| Event | Party | Docket | Reporter |
|---|---|---|---|
| Friday, October 30, 2015 at 10:00 AM<br>MOTION TO STAY CIVIL CASE(MOT) | | Bryan C. Dixon | |

## Issues

EXHIBIT 4

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**

**Party Name:**

Issue: ASSAULT & BATTERY (A&B)
Filed by: Ligons, Jannie P
Filed Date: 06/17/2015
**Disposition Information:**

Pending.

## Docket

| Date | Code | Count | Party | Serial # | Entry Date | User Name | | |
|---|---|---|---|---|---|---|---|---|
| 06-17-2015 | TEXT | 1 | | 82988428 | Jun 17 2015 11:19:45:630AM | OSCN\LindaDodson | - | $ 0.00 |
| | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | | | | | | | |
| 06-17-2015 | A&B | | - | 82988430 | Jun 17 2015 11:19:45:750AM | OSCN\LindaDodson | Realized | $ 0.00 |
| | ASSAULT & BATTERY | | | | | | | |
| 06-17-2015 | DMFE | | - | 82988431 | Jun 17 2015 11:19:45:770AM | SYSTEM\Autodocket | Realized | $ 2.00 |
| | DISPUTE MEDIATION FEE($ 2.00) | | | | | | | |
| 06-17-2015 | PFE1 | | - | 82988432 | Jun 17 2015 11:19:45:770AM | SYSTEM\Autodocket | Realized | $ 163.00 |
| | PETITION($ 163.00) | | | | | | | |
| 06-17-2015 | PFE7 | | - | 82988433 | Jun 17 2015 11:19:45:770AM | SYSTEM\Autodocket | Realized | $ 6.00 |
| | LAW LIBRARY FEE($ 6.00) | | | | | | | |
| 06-17-2015 | OCISR | | - | 82988434 | Jun 17 2015 11:19:45:770AM | SYSTEM\Autodocket | Realized | $ 25.00 |
| | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND($ 25.00) | | | | | | | |
| 06-17-2015 | CCADMIN02 | | - | 82988435 | Jun 17 2015 11:19:45:770AM | SYSTEM\Autodocket | Realized | $ 0.20 |
| | COURT CLERK ADMINISTRATIVE FEE ON $2 COLLECTIONS($ 0.20) | | | | | | | |
| 06-17-2015 | OCJC | | - | 82988436 | Jun 17 2015 11:19:45:770AM | SYSTEM\Autodocket | Realized | $ 2.00 |
| | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND($ 2.00) | | | | | | | |
| 06-17-2015 | OCASA | | - | 82988437 | Jun 17 2015 11:19:45:770AM | SYSTEM\Autodocket | Realized | $ 5.00 |
| | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES($ 5.00) | | | | | | | |
| 06-17-2015 | CCADMIN04 | | - | 82988438 | Jun 17 2015 11:19:45:770AM | SYSTEM\Autodocket | Realized | $ 0.50 |
| | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS($ 0.50) | | | | | | | |
| 06-17-2015 | LTF | | - | 82988439 | Jun 17 2015 11:19:45:910AM | OSCN\LindaDodson | Realized | $ 10.00 |
| | LENGTHY TRIAL FUND($ 10.00) | | | | | | | |

| Date | Code | | | Doc # | Timestamp | User | Status | Amount |
|---|---|---|---|---|---|---|---|---|
| 06-17-2015 | SMF | | - | 82988440 | Jun 17 2015 11:19:46:030AM | OSCN\LindaDodson | Realized | $ 5.00 |
| | SUMMONS FEE (CLERKS FEE)($ 5.00) | | | | | | | |
| 06-17-2015 | EAA | | - | 82999525 | Jun 18 2015 9:37:24:480AM | OSCN\DorisCovington | - | $ 0.00 |
| | ENTRY OF APPEARANCE BY MARK HAMMONS AS ATTORNEY FOR PLAINTIFF | | | | | | | |
| | 📄 *Document Available (#1029947714)* | | | | | | | |
| 06-17-2015 | P | | - | 83041678 | Jun 22 2015 12:12:56:890PM | OSCN\BrandiReap | - | $ 0.00 |
| | PETITION | | | | | | | |
| | 📄 *Document Available (#1029782263)* | | | | | | | |
| 06-17-2015 | TEXT | | - | 82988429 | Jun 17 2015 11:19:45:640AM | OSCN\LindaDodson | - | $ 0.00 |
| | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE DIXON, BRYAN C. TO THIS CASE. | | | | | | | |
| 06-17-2015 | ACCOUNT | | - | 82988463 | Jun 17 2015 11:20:12:480AM | OSCN\LindaDodson | - | $ 0.00 |
| | RECEIPT # 2015-3637959 ON 06/17/2015. PAYOR:HAMMONS AND ASSOC TOTAL AMOUNT PAID: $218.70. LINE ITEMS: CJ-2015-3365: $168.00 ON AC01 CLERK FEES. CJ-2015-3365: $6.00 ON AC23 LAW LIBRARY FEE. CJ-2015-3365: $0.70 ON AC31 COURT CLERK REVOLVING FUND. CJ-2015-3365: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES. CJ-2015-3365: $2.00 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND. CJ-2015-3365: $2.00 ON AC64 DISPUTE MEDIATION FEES. CJ-2015-3365: $25.00 ON AC79 OCIS REVOLVING FUND. CJ-2015-3365: $10.00 ON AC81 LENGTHY TRIAL FUND. | | | | | | | |
| 08-07-2015 | RET | | - | 83658925 | Aug 12 2015 1:49:47:887PM | OSCN\JanNokes | - | $ 0.00 |
| | SHERIFF'S RETURN OF SERVICE/ SUMMONS/ DANIEL HOLTZCLAW 7/31/15 | | | | | | | |
| | 📄 *Document Available (#1029970716)* | | | | | | | |
| 08-14-2015 | RET | | - | 83700084 | Aug 17 2015 8:58:15:920AM | OSCN\JanNokes | - | $ 0.00 |
| | SHERIFF'S RETURN OF SERVICE/SUMMONS/ DANILE HOLTZCLAW 8/13/15 | | | | | | | |
| | 📄 *Document Available (#1030690731)* | | | | | | | |
| 08-31-2015 | EAA | - | Ligons, Jannie P | 83889051 | Sep 1 2015 11:35:49:977AM | OSCN\VickiLyons | - | $ 0.00 |
| | ENTRY OF APPEARANCE FOR LEAH ROPER ATTY ON BEHALF OF PLAINTIFF | | | | | | | |
| | 📄 *Document Available (#1030684298)* | | | | | | | |
| 09-03-2015 | EAA | | - | 83933497 | Sep 4 2015 10:15:36:023AM | OSCN\BrandiReap | - | $ 0.00 |
| | ENTRY OF APPEARANCE | | | | | | | |
| | 📄 *Document Available (#1030832278)* | | | | | | | |
| 09-16-2015 | SMF | | - | 84047661 | Sep 16 2015 10:42:45:250AM | OSCN\BethanyPrince | Realized | $ 5.00 |
| | SUMMONS FEE (CLERKS FEE)($ 5.00) | | | | | | | |
| 09-16-2015 | AMP | | - | 84115702 | Sep 22 2015 11:29:53:453AM | OSCN\BrandiReap | - | $ 0.00 |

AMENDED PETITION

📄 *Document Available (#1030764255)*

| 09-16-2015 | ACCOUNT | - | | 84047670 | Sep 16 2015 10:43:05:650AM | OSCN\BethanyPrince | - | $ 0.00 |

RECEIPT # 2015-3701465 ON 09/16/2015.
PAYOR:HAMMONS AND ASSSOCIATES, INC TOTAL AMOUNT PAID: $5.00.
LINE ITEMS:
CJ-2015-3365: $5.00 ON AC01 CLERK FEES.

| 09-21-2015 | EAA | - | Holtzclaw, Daniel | 84112231 | Sep 22 2015 10:22:34:853AM | OSCN\JanNokes | - | $ 0.00 |

ENTRY OF APPEARANCE BY ATTORNEY SUSAN ANN KNIGHT
📄 *Document Available (#1030838230)*

| 09-23-2015 | EAA | - | | 84140586 | Sep 24 2015 9:09:22:790AM | OSCN\MirnaAguilar | - | $ 0.00 |

ENTRY OF APPEARANCE
📄 *Document Available (#1030840083)*

| 09-23-2015 | MO | - | | 84153747 | Sep 24 2015 3:10:16:730PM | OSCN\ElizabethWarne | - | $ 0.00 |

MOTION TO STAY CIVIL CASE AND BRIEF IN SUPPORT
📄 *Document Available (#1030934976)*

| 10-01-2015 | SMS | - | | 84245791 | Oct 2 2015 2:18:40:010PM | OSCN\ElizabethWarne | - | $ 0.00 |

SUMMONS RETURNED, SERVED: FRANCES KERSEY, CITY CLERK OKLAHOMA CITY CLERK'S OFFICE BY CM 9-18-15
📄 *Document Available (#1030933039)*

| 10-01-2015 | SMS | - | | 84245849 | Oct 2 2015 2:18:30:540PM | OSCN\ElizabethWarne | - | $ 0.00 |

SUMMONS RETURNED, SERVED: FRANCES KERSEY, CITY CLERK OKLAHOMA CITY CLERK'S OFFICE BY CM 9-17-15
📄 *Document Available (#1030933035)*

## Balances

| Party | Costs Due | Costs Paid | Balance Due | Cash Bonds | Bond Forf. | Overpayments | Holding |
|---|---|---|---|---|---|---|---|
| Cj | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Rg | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Fm | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Cr | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Tb | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Tm | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Ligons, Jannie P | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Holtzclaw, Daniel | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| The City of Oklahoma City | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Generic Party | $ 223.70 | $ 223.70 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

| Totals | $ 223.70 | $ 223.70 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Report Generated by The Oklahoma Court Information System at October 2, 2015 14:54 PM

End of Transmission.

**CERTIFIED COPY
AS FILED OF RECORD
IN DISTRICT COURT**

OCT − 2 2015

**TIM RHODES Court Clerk**
Oklahoma County

*Tim Rhodes*