

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA



FILED IN DISTRICT COURT
OKLAHOMA COUNTY

OCT - 1 2015

TIM RHODES
COURT CLERK

| | |
|---|---|
| 1. JANNIE P. LIGONS, on behalf of herself and a class of other similarly situated victims believed to include T.M., T.B., C.R., F.M., R.G., C.J. and other African-American females,<br><br>Plaintiff,<br><br>v.<br><br>1. DANIEL HOLTZCLAW, individually,<br><br>2. THE CITY OF OKLAHOMA CITY, OKLAHOMA, a municipal corporation,<br><br>Defendants. | Case No. CJ-2015- 3365 |

## SUMMONS

**To the above named Defendant:** Frances Kersey, City Clerk
Oklahoma City Clerk's Office
200 North Walker, 2nd Floor
Oklahoma City, OK 73102

You have been sued by the above-named Plaintiff, and you are directed to file a written answer to the attached petition in the court at the above address within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the Plaintiff.

Unless you answer the petition within the time started, judgment will be rendered against you with costs of the action.

ISSUED THIS 6th DAY OF SEPTEMBER, 2015.

TIM RHODES, COURT CLERK

(Seal)

By _____

**Deputy Court Clerk**

Attorney for Plaintiff:

Mark Hammons, OBA No. 3784
Leah M. Roper, OBA No. 32107
Hammons, Gowens, Hurst & Associates
325 Dean A. McGee Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111

**EXHIBIT 7**

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Sandy Canada_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) _Sandy Canada_  C. Date of Delivery 9-18-15 |
| 1. Article Addressed to:<br>Scott Adams<br>Robert Gray<br>401 N. Hudson Ave St. 100<br>OKC, OK 73102 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☒ Certified Mail®  ☐ Priority Mail Express™<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ Collect on Delivery<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7010 2780 0000 6168 1575 |

PS Form 3811, July 2013          Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ 6.95 |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To: Scott Adams / Robert Gray
Street, Apt. No.; or PO Box No.: 401 N. Hudson Ave Ste 100
City, State, ZIP+4: OKC 73102

7010 2780 0000 6168 1575

PS Form 3800, August 2006          See Reverse for Instructions

This summons was served on  9-18-15

_____
Signature of person serving summons

YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

OCT - 1 2015

TIM RHODES
COURT CLERK

1. JANNIE P. LIGONS, on behalf of herself
and a class of other similarly situated
victims believed to include T.M., T.B.,
C.R., F.M., R.G., C.J. and other African-
American females,

    Plaintiff,

v.

1. DANIEL HOLTZCLAW, individually,

2. THE CITY OF OKLAHOMA CITY,
OKLAHOMA, a municipal corporation,

    Defendants.

Case No. CJ-2015- 3365

## SUMMONS

**To the above named Defendant:** Frances Kersey, City Clerk
Oklahoma City Clerk's Office
200 North Walker, 2nd Floor
Oklahoma City, OK 73102

You have been sued by the above-named Plaintiff, and you are directed to file a written answer to the attached petition in the court at the above address within **twenty (20) days** after service of this summons upon you, exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the Plaintiff.

Unless you answer the petition within the time started, judgment will be rendered against you with costs of the action.

ISSUED THIS 16th DAY OF SEPTEMBER, 2015.

                                    TIM RHODES, COURT CLERK

(Seal)

                        By _____

                                    **Deputy Court Clerk**

Attorney for Plaintiff:

Mark Hammons, OBA No. 3784
Leah M. Roper, OBA No. 32107
Hammons, Gowens, Hurst & Associates
325 Dean A. McGee Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111

This summons was served on 9-7-15

_____
Signature of person serving summons

YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.