# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROBERT BIEGLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-14-1312-F |
| ) | |
| CITY OF OKLAHOMA CITY, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Defendant Matt Downing moves to strike the status and scheduling conference set for February 2, 2015, and to stay all matters in this case pending final resolution of Oklahoma County District Court proceedings in CM-2014-615. Doc. no. 14. The City of Oklahoma City (the only other defendant) has stated that it has no objection to the motion. Plaintiff has not filed a response and is therefore deemed to have no objection to the motion. *See*, Order, doc. no. 15 (if a response brief is not timely filed, court will presume the non-responding party has no objection).

With there being no objection, and having reviewed the grounds for the motion, the motion is **GRANTED** as follows.

The status and scheduling conference previously set for February 2, 2015, is **STRICKEN**.

For good cause shown, all aspects of this action are hereby **STAYED** until either final resolution of all proceedings in CM-2014-615 or further order of this court. Defendant Downing, as the moving party, is **DIRECTED** to keep this court apprised of the status of proceedings in CM-2014-615 by filing a notice on June 1, 2015, and every six months thereafter, until such time as proceedings in CM-2014-615


EXHIBIT 1

-2-

are complete without regard to any possible appeal. In addition, within seven days of the date on which proceedings are complete in that matter without regard to any possible appeal, defendant shall file a notice in this court advising this court of that fact, after which this court will likely set this action for a status and scheduling conference.

This court has an obligation to move all matters to final adjudication or other final disposition. Accordingly, although there is good reason for entering a stay at this time, nothing stated in this order should be construed to suggest that this court will not terminate the stay prior to the resolution of CM-2014-615, should circumstances merit.

Dated this 27th day of January, 2015.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

14-1312p003.wpd