IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JANNIE P. LIGONS, on behalf of herself and a class of other similarly situation victims believed to include T.M., T.B., C.R., F.M., R.G., C.J., and other African-American females, | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | Case No. CIV-15-1112-HE |
| v. | ) ) | |
| DANIEL HOLTZCLAW, individually, THE CITY OF OKLAHOMA CITY, OKLAHOMA, a municipal corporation, | ) ) ) ) | |
| Defendants. | ) | |

**MOTION OF JENNIFER M. WARREN TO**
**WITHDRAW AS COUNSEL OF RECORD**

COMES NOW, Jennifer M. Warren, who filed an Entry of Appearance on behalf of Defendant City of Oklahoma City and who now hereby requests leave of this Court to withdraw her Entry of Appearance and representation of the Defendant. In support of this Motion, counsel shows the following:

1. Defendant City of Oklahoma City is still represented by counsel of record, Richard C. Smith, Assistant Municipal Counselor.

2. Ms. Warren has accepted a new position and will no longer be employed by the City of Oklahoma City.

3. All parties involved in this litigation have been notified of Ms. Warren's request to withdraw and there are no objections.

4. None of the parties will be prejudiced by this withdrawal.

WHEREFORE, based upon the above, Jennifer M. Warren requests this Court to grant her Motion to Withdraw as counsel of record for Defendant City of Oklahoma City.

>Respectfully submitted,
>
>KENNETH JORDAN
>Municipal Counselor
>
>/s/ Jennifer M. Warren
>Jennifer M. Warren, OBA #30284
>200 N. Walker, Suite 400
>Oklahoma City, OK 73102
>Telephone: (405) 297-3526
>Fax: (405) 297-3851
>jennifer.warren@okc.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of December, 2015, I electronically transmitted the attached Motion to Withdraw to the Clerk of Court using ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant: Mark Hammons, mark@hammonslaw.com; and Susan A. Knight, susanannknight@gmail.com, Attorney for individual defendants.
.

>/s/ Jennifer M. Warren
>Assistant Municipal Counselor