# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **JANNIE P. LIGONS, on behalf of herself and a class of other similarly situation victims believed to include T.M., T.B., C.R., F.M., R.G., C.J., and other African-American females,** )<br>)<br>)<br>)<br>)<br>)<br>) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. CIV-15-1112-HE |
| ) | |
| **1. DAVID HOLTZCLAW, individually,**<br>**2. THE CITY OF OKLAHOMA CITY, OKLAHOMA, a municipal corporation,** )<br>)<br>)<br>) | |
| **Defendants.** ) | |

## JOINT STIPULATION OF DISMISSAL
## WITHOUT PREJUDICE

Plaintiff, Jannie P. Ligons on behalf of herself and a class of other similarly situation victims believed to include T.M., T.B., C.R., F.M., R.G., C.J., and other African-American females, through their attorneys of record, and Defendants Daniel Holtzclaw, individually, The City of Oklahoma City, Oklahoma, a municipal corporation through their attorneys of record, stipulate to the dismissal without prejudice to refiling against all Defendants all claims, brought in this case by Plaintiffs', pursuant to FRCvP 41(a)(ii). The parties stipulate that they shall each bear their own attorney fees and costs.

Respectfully Submitted,

s/Benjamin L. Crump
Benjamin L. Crump, FL Bar No. 72583
Parks & Crump
240 N. Magnolia Drive
Tallahassee, Florida 32301
Telephone: (850) 222-3333
Facsimile: (850) 224-6679
Email: bcrump@parkscrump.com
ATTORNEY FOR PLAINTIFFS

s/Melvin C. Hall
Melvin C. Hall, OBA No. 3728
RIGGS, ABNEY, NEAL, TURPEN,
ORBISON & LEWIS
528 NW 12th Street
Oklahoma City, Oklahoma 73103
Telephone: (405) 843-9909
Facsimile: (405) 842-2913
Email: mhall@riggsabney.com
ATTORNEY FOR PLAINTIFFS

s/Susan A. Knight
(*signed by filing attorney, with permission*)
Susan A. Knight
Stacey Haws Felkner
Fenton Fenton Smith Reneau & Moon
211 N. Robinson Ave., Suite 800N
Oklahoma City, Oklahoma 73102
Telephone: (405) 253-4671
Email: susanannknight@gmail.com
sfelkner@fentonlaw.com
ATTORNEYS FOR DEFENDANT HOLTZCLAW

s/Richard C. Smith
(*signed by filing attorney, with permission*)
Richard C. Smith
Municipal Counselor's Office – OKC
200 N. Walker Ave, Suite 400
Oklahoma City, Oklahoma 73102
Telephone: (405) 297-2451
Email: rick.smith@okc.gov
ATTORNEY FOR DEFENDANT CITY